1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-08-500 EJG |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING |
| v. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| DONALD WOODWORTH PARKER, et al., | ) ) | Court: Hon. Edward J. Garcia Date: January 23, 2009 |
| Defendants. | ) ) | Time: 10:00 a.m. |

Whereas, there is currently set a status conference on January 23, 2009, at 10:00 a.m.;

Whereas, plaintiff United States of America has previously produced to defendants computer disk(s) containing over 4,000 pages of discovery and will very soon produce additional discovery to defendants based on recent discovery requests;

Whereas, both defense counsel will need additional time to review the discovery, conduct legal research, conduct additional factual investigation, and communicate with his respective client regarding this case,

IT IS HEREBY stipulated between plaintiff United States of

1

1  America, on the one hand, and defendants Donald Parker and Steven
2  Parker, on the other hand, by and through their respective
3  undersigned counsel, that the previously set January 23, 2009, at
4  10:00 a.m., status conference shall be continued to February 27,
5  2009, at 10:00 a.m.
6      It is further stipulated and agreed between the parties that
7  the time period from the date of this stipulation, January 21,
8  2009, through and including February 27, 2009, shall be excluded
9  from computation of time within which the trial of the above
10 criminal prosecution must commenced under the Speedy Trial Act on
11 the grounds that the case is so unusual or so complex within the
12 meaning of the Speedy Trial Act and for defense preparation as
13 described in this stipulation.  All parties stipulate and agree
14 that these are appropriate exclusions of time within the meaning
15 of Title 18, United States Code, Section 3161(h)(8)(B)(ii) and
16 (iv), and Local Codes T2 and T4.
17 Dated:  January 21, 2009        Respectfully submitted,

                                    /s/ W. Bradley Holmes
                                  W. BRADLEY HOLMES
                                  Attorney for defendant
                                  Donald Woodworth Parker
                                  (per phone authorization)


                                    /s/ Jeffrey Staniels
                                  JEFFREY STANIELS
                                  Assistant Federal Defender
                                  Attorney for defendant
                                  Steven Woodworth Parker
                                  (per phone authorization)


                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

                                  By: /s/Samuel Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that:  (1) given the large amount of discovery involved in this case, the case is unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (2) the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: January 21, 2009         /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge