```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN WOODWORTH PARKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-500 EJG |
|         Plaintiff, ) | |
|   v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DONALD WOODWORTH PARKER, ) STEVEN WOODWORTH PARKER, ) | Date: February 27, 2009 Time: 10:00 a.m. |
|         Defendants. ) | Judge: Hon. Edward J. Garcia |

_____

    It is hereby stipulated among the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, W. Bradley Holmes, attorney for DONALD WOODWORTH PARKER, and Jeffrey L. Staniels, attorney for defendant STEVEN WOODWORTH PARKER, as follows:

    The Status Conference date of February 27, 2009, should be continued until April 17, 2009.  The reason for the continuance is to account for scheduling conflicts of various of the attorneys and to permit further discussion concerning potential resolution of the case.

    IT IS STIPULATED that the period from the date of this Stipulation up to and including April 17, 2009, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to allow for continuity of counsel and to permit necessary preparation by defense counsel.

Dated: February 26, 2009

                                        Respectfully submitted,

                                        /s/ W. Bradley Holmes
                                        _____
                                        W. BRADLEY HOLMES
                                        Attorney for Defendant
                                        DONALD WOODWORTH PARKER

Dated: February 26, 2009

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Jeffrey Staniels
                                        _____
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STEVEN WOODWORTH PARKER

Dated: February 26, 2009

                                        LARRY G. BROWN
                                        Acting United States Attorney

                                        /s/ Samuel Wong
                                   _____
                               By:  SAMUEL WONG
                                        Assistant U.S. Attorney

                                     ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 27, 2009, be continued to April 17, 2009, at 10:00 a.m.  Based on the

-2-

representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendants continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation, February 26, 2009, to and including, the April 17, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, to allow defense counsel time to prepare.

Dated: February 26, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge