DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN WOODWORTH PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-500 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DONALD WOODWORTH PARKER STEVEN WOODWORTH PARKER, | Date: April 17, 2009 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, W. Bradley Holmes, attorney for defendant DONALD WOODWORTH PARKER, and Jeffrey L. Staniels, attorney for defendant STEVEN WOODWORTH PARKER, as follows:

The Status Conference date of April 17, 2009, should be continued until June 5, 2009. The reason for the continuance is due to the unavailability of Mr. Staniels on April 17, 2009, and to permit discussions among all the parties concerning non-trial resolution.

IT IS STIPULATED that the period from the date of this Stipulation up to and including June 5, 2009, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to permit necessary preparation by defense counsel.

Dated: April 15, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Jeffrey Staniels
_____
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
STEVEN WOODWORTH PARKER

Dated: April 15, 2009    /S/ W. Bradley Holmes
_____
W. BRADLEY HOLMES
Attorney for Defendant
DONALD WOODWORTH PARKER

Dated: April 15, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Samuel Wong
_____
By: SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 17, 2009, be continued to June 5, 2009, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and defense counsel reasonable time

-2-

1 | necessary for effective preparation, taking into account the exercise
2 | of due diligence.  The Court finds that the ends of justice to be
3 | served by granting a continuance outweigh the best interests of the
4 | public and the defendant in a speedy trial.  It is ordered that time
5 | from the date of this stipulation, April 14, 2009, to and including,
6 | the June 5, 2009, status conference shall be excluded from computation
7 | of time within which the trial of this matter must be commenced under
8 | the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv),
9 | Local Code T-4, to allow defense counsel time to prepare.
10 | Dated: April <u>15</u>, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge