DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN WOODWORTH PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-500 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE AND EXCLUDE |
| | ) | TIME |
| DONALD WOODWORTH PARKER | ) | |
| STEVEN WOODWORTH PARKER, | ) | |
| | ) | Date:  June 3, 2009 |
| Defendants. | ) | Time:  2:00 p.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, Samuel Wong,

Assistant United States Attorney, attorney for Plaintiff; W. Bradley

Holmes, attorney for defendant DONALD WOODWORTH PARKER; and Linda C.

Harter, attorney for defendant STEVEN WOODWORTH PARKER, that the status

conference set for June 3, 2009 be vacated and the matter be set for

status conference on July 17, 2009 at 10:00 a.m.

The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendants and examine

possible defenses, and to continue investigating the facts of the case.

1    IT IS STIPULATED that the period from the date of this Stipulation

2 up to and including July 17, 2009, be excluded in computing the time

3 within which trial must commence under the Speedy Trial Act, pursuant

4 to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T4, to permit

5 necessary preparation by defense counsel.

6 Dated: June 1, 2009                Respectfully submitted,

7                                    DANIEL BRODERICK
                                     Federal Defender
8

9                                    /s/ Linda C. Harter

10                                   _____
                                     LINDA C. HARTER
                                     Chief Assistant Federal Defender
11                                   Attorney for Defendant
                                     STEVEN WOODWORTH PARKER
12

13 Dated: June 1, 2009               /S/ W. Bradley Holmes

14                                   _____
                                     W. BRADLEY HOLMES
                                     Attorney for Defendant
15                                   DONALD WOODWORTH PARKER

16

17 Dated: June 1, 2009               LAWRENCE G. BROWN
                                     Acting United States Attorney

18                                   /s/ Samuel Wong

19                                   _____
                                     SAMUEL WONG
20                                   Assistant U.S. Attorney

21                                   **ORDER**

22    **IT IS SO ORDERED.**  Time is excluded from today's date through and

23 including July 17, 2009 in the interests of justice pursuant to

24 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local

25 Code T4.

26 Dated: June 1, 2009

27                                   /s/ Edward J. Garcia
                                     _____
                                     EDWARD J. GARCIA
28                                   Senior United States District Judge