BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>DONALD WOODWORTH PARKER,     )<br>et al.,                      )<br>                             )<br>            Defendants.      )<br>_____) | NO. CR. S-08-500 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court:  Hon. Edward J. Garcia<br>Date:   May 14, 2010<br>Time:   10:00 a.m. |

Whereas, the United States represents that:

1.   There is currently set a status conference on May 14, 2010, at 10:00 a.m.;

2.   Defendants Donald Woodworth Parker and Steven Parker offered to tender to the United States certain Native American artifacts that all parties desire to repatriate to the descendants of the Native American tribes that created the artifacts;

3.   The undersigned prosecutor desires the assistance of his case agent in this matter, National Parks Service ("NPS") Special Agent Todd Swain, and certain archaeologists familiar

1

with the artifacts tendered by defendants to conduct an examination of the artifacts, determine the significance of the artifacts, and to assist in the repatriation of the artifacts to the proper Native American tribes;

4.   NPS Special Agent Swain, who is stationed at the Joshua Tree National Park, has developed special skill and experience in handling Archaeological Resource Protection Act cases and is in high demand to assist in investigations nationwide.  As a result of Special Agent Swain's high demand, he carries a heavy caseload and is next available to assist in this matter and examine the artifacts tendered by defendants during mid-June 2010. Additional time thereafter will be needed to consult with the proper archaeologists to determine the significance and history of the artifacts offered to be tendered by defendants; and

5.    After the United States completes its examination and research of the artifacts offered to be tendered by defendants, the United States will be in a better position to determine the appropriate offers to resolve this case.

IT IS THEREFORE stipulated between plaintiff United States of America, on the one hand, and defendants Donald Parker and Steven Parker, on the other hand, by and through their respective undersigned counsel, that the previously set May 14, 2010, at 10:00 a.m., status conference shall be continued to July 30, 2010, at 10:00 a.m.

It is further stipulated and agreed between the parties that the time period from the date of this stipulation, May 12, 2010, through and including July 30, 2010, shall be excluded from computation of time within which the trial of the above criminal

prosecution must commenced under the Speedy Trial Act on the grounds that the case is so unusual or so complex within the meaning of the Speedy Trial Act for the reasons stated in the stipulation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and Local Code T2.

Dated:  May 12, 2010                    Respectfully submitted,

                                           /s/ W. Bradley Holmes
                                       W. BRADLEY HOLMES
                                       Attorney for defendant
                                       Donald Woodworth Parker
                                       (per email authorization)

                                       /s/ Linda Harter
                                       JEFFREY STANIELS
                                       Assistant Federal Defender
                                       Attorney for defendant
                                       Steven Woodworth Parker
                                       (per email authorization)


                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/Samuel Wong
                                           SAMUEL WONG
                                           Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the case is unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

It is further ordered that the time period from the date of the parties' stipulation, May 12, 2010, through and including July 30, 2010, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act on the grounds that the case is so unusual or so complex within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and Local Code T2.

It further ordered that the May 14, 2010, status conference shall be continued to July 30, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 13, 2010            /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge